# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135020 & (14)(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 135020
                                 COA: 278050

DENIS MICHAEL GOLDRING,
      Defendant-Appellant.
                                 Wayne CC: 06-004807-01

_____/

      On order of the Court, the application for leave to appeal the August 16, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions for appointment of counsel and to remand to the trial court are DENIED.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008                                                                _____

p1217                                                               Clerk